# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FRANK JEFFS,                 :   No. 35 EM 2019

         Petitioner        :

          v.             :

COURT OF COMMON PLEAS OF    :
PHILADELPHIA, PA.,           :

         Respondent      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of July, 2019, the "Motion for Leave of Court to File Original Application for Writ of Mandamus," to the extent that it seeks leave to file original process, is GRANTED. In all other respects, the "Motion for Leave of Court to File Original Application for Writ of Mandamus" is DENIED. The "Motion for Granting Writ of Mandamus Order" is DENIED.